THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alonzo Richardson,       
Appellant.
 
 
 

Appeal From Newberry County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-101
Submitted February 1, 2005  Filed February 10, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Salley W. Elliott, all of Columbia; and Solicitor William Townes Jones, 
 of Greenwood, for Respondent.
 
 
 

PER CURIAM: Alonzo Richardson appeals from 
 his conviction for assault and battery with intent to kill, arguing the trial 
 court erred by trying him in absentia without making findings of fact 
 prior to trial that (1) he received notice of his right to be present and (2) 
 he had been warned the trial would proceed in his absence if he failed to attend 
 court.  Richardsons counsel attached to the brief a petition to be relieved 
 as counsel, stating that he had reviewed the record and concluded this appeal 
 lacks merit. Richardson filed a separate pro se brief, arguing the trial 
 court (1) lacked subject matter jurisdiction, (2) erred in failing to grant 
 a directed verdict, and (3) erred in trying him in absentia.  After a 
 thorough review of the record, counsels brief, and Richardsons pro se 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Richardsons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.